AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 11:46 am, Oct 07, 2020

CESAR BARRERA

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:20-cv-98

WARDEN, D. RAY JAMES CORRECTIONAL INSTITUTION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court adopting the Report and Recommendation, the 28 U.S.C. § 2241 Petition is hereby dismissed without prejudice and leave to appeal in forma pauperis is denied. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

October 7, 2020
Date

John E. Triplett, Acting Clerk
Clerk

/s/ Sherry Taylor, Deputy Clerk
(By) Deputy Clerk

GAS Rev 10/2020